UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                    21 CR. 262 (RMB)
    -against-

                                                                                                               **ORDER**

JOSE BARRIERA,
                Defendant.
------------------------------------------------------------X

The status conference scheduled for Tuesday, March 15, 2022 at 12:30 PM has been adjourned to 12:00 PM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0262

Dated: March 9, 2022
       New York, NY

                                                                       _____
                                                                           RICHARD M. BERMAN
                                                                                 U.S.D.J.