**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                 21 CR. 262 (RMB)

 -against-

                 **ORDER**

JOSE BARRIERA,
     Defendant.
------------------------------------------------------------X

  The proceeding scheduled for Tuesday, March 15, 2022 at 12:00 PM is hereby adjourned to Thursday, April 21, 2022 at 11:00 AM.

  The proceeding will take place in Courtroom 17B

Dated: March 14, 2022
   New York, NY

                 _____
                  RICHARD M. BERMAN
                    U.S.D.J.