**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                       20 CR. 262 (RMB)

   -against-

                                                                       **ORDER**

JOSE BARRIERA,
                Defendant.
------------------------------------------------------------X

      The sentencing proceeding in this case will take place on Tuesday, August 30, 2022 at 9:00 AM in Courtroom 17B.

Dated: August 24, 2022
       New York, NY

                                                                     _____
                                                                          RICHARD M. BERMAN
                                                                             U.S.D.J.