**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  21 CR. 262 (RMB)
   -against-

                                                  **ORDER**

JOSE BARRIERA,
                Defendant.
------------------------------------------------------------X

      The sentencing proceeding previously scheduled for Tuesday, August 30, 2022 at 9:00 AM is hereby rescheduled to Monday, September 12, 2022 at 1:00 PM.

Dated: August 29, 2022
         New York, NY

                                                        _____
                                                           RICHARD M. BERMAN
                                                               U.S.D.J.