**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                     21 CR. 262 (RMB)
    -against-

                                                                                     **ORDER**

JOSE BARRIERA,
                Defendant.
------------------------------------------------------------X

        The sentencing proceeding previously scheduled for Monday, September 12, 2022 at 1:00 PM is hereby rescheduled to 2:00 PM on the same date.

Dated: September 9, 2022
         New York, NY

                                                                         _____
                                                                              RICHARD M. BERMAN
                                                                                  U.S.D.J.