UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,   :   21 CR. 262 (RMB)
                                           :
      - against -                         :   **ORDER**
                                           :
JOSE BARRIERA,                             :
                                           :
                 Defendant.    :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, November 21, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 976 676 492#

Dated: November 13, 2024
       New York, NY

                                            RICHARD M. BERMAN
                                                   U.S.D.J.