UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,      :       21 CR. 262 (RMB)
                                          :
    - against -                         :       **ORDER**
                                          :
JOSE BARRIERA,                           :
                                          :
                Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 12, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 547 258 924#

Dated: December 4, 2024
       New York, NY

                                                        *[signature]*
                                           RICHARD M. BERMAN
                                                  U.S.D.J.