# PELUSO & TOUGER, LLP
## ATTORNEYS AT LAW
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

December 12, 2024

**By Email & ECF**
Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Jose Barriera</u>,
    21 CR 262 (RMB)

Your Honor,

> Application Granted.
>
> SO ORDERED:
> Date: 12-12-2024
> Richard M. Berman, U.S.D.J.

I would respectfully request the Court to reassign me to this matter to represent Mr. Barriera in the proceedings currently pending before the Court.

Thank you very much for your prompt consideration of this request.

Most Respectfully,

David Touger