UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                    Government,     :       21 CR. 416 (RMB)
                                          :
      - against -                       :       **ORDER**
                                          :
JOSE BARRIERA,                            :
                                          :
                    Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 27, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 333 245 358#

Dated: February 19, 2025
       New York, NY

                                              **RICHARD M. BERMAN**
                                                  **U.S.D.J.**