UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                           :
                                   Government,     :         21 CR. 262 (RMB)
                                                                           :
                    - against -                              :         **ORDER**
                                                                           :
JOSE BARRIERA,                                              :
                                                                           :
                                   Defendant.         :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, April 21, 2025 at 10:00 A.M. is hereby rescheduled to Monday, April 28, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 300 485 44#

Dated: March 25, 2025
       New York, NY

                                                                    _____
                                                                         **RICHARD M. BERMAN**
                                                                              **U.S.D.J.**