**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
            :
          Government,      :      21 CR. 262 (RMB)
            :
    - against -         :      **ORDER**
            :
JOSE BARRIERA,            :
            :
         Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 12, 2025 at

10:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 868 130 261#

Dated: June 4, 2025
      New York, NY

                          *Richard M. Berman*

                          **RICHARD M. BERMAN**
                             **U.S.D.J.**