**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,      :       21 CR. 262 (RMB)
                                            :
   - against -                              :       **ORDER**
                                            :
                                            :
JOSE BARRIERA,                              :
                                            :
                Defendant.       :
------------------------------------------------------------x

      The supervised release hearing scheduled for Tuesday, August 12, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: August 7, 2025
       New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.