UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,      :        21 CR. 262 (RMB)
                                         :
        - against -                    :        **ORDER**
                                         :
JOSE BARRIERA,                           :
                                         :
                        Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 25, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 929 477 281#

Dated: September 10, 2025
       New York, NY

                                                                                                           */s/ Richard M. Berman*
                                                                                       **RICHARD M. BERMAN**
                                                                                              **U.S.D.J.**