**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                       Government,        :       21 CR. 262 (RMB)
                                         :
        - against -                    :       **ORDER**
                                         :
JOSE BARRIERA,                           :
                                         :
                       Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 19, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 929 477 281#

Dated: November 12, 2025
       New York, NY

                                                         **RICHARD M. BERMAN**
                                                              **U.S.D.J.**