**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                                :
                  Government,    :        21 Cr. 262 (RMB)
                                                  :
        - against -             :        **ORDER**
                                                    :
JOSE BARRIERA,                :
                                                  :
                  Defendant.    :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for January 12, 2026 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442

       Conference ID: 956 409 249#

Dated: January 8, 2026
      New York, NY

                               *Richard M. Berman*
                             **RICHARD M. BERMAN**
                                 **U.S.D.J.**