**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

                     :

               Government,      :      21 Cr. 262 (RMB)

                     :

      - against -          :      **<u>ORDER</u>**

                     :

JOSE BARRIERA,            :

                     :

            Defendant.      :
-------------------------------------------------------------x


      The supervised release hearing previously scheduled for February 12, 2026 is rescheduled to February 17, 2026 at 1:00 P.M. on Microsoft Teams. The Court will send the link by email.


Dated: February 6, 2026
     New York, NY


                                  **RICHARD M. BERMAN**
                                     **U.S.D.J.**