**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,   :

          :

      Government,  :  21 Cr. 262 (RMB)

          :

  - against -     :  **ORDER**

          :

JOSE BARRIERA,     :

          :

      Defendant.  :

-------------------------------------------------------------x

The supervised release hearing is scheduled for March 24, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 18, 2026
   New York, NY

             **RICHARD M. BERMAN**
               **U.S.D.J.**