**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :          21 Cr. 262 (RMB)
                                             :
          - against -                        :          **ORDER**
                                             :
JOSE BARRIERA,                               :
                                             :
                          Defendant.         :
-------------------------------------------------------------x


     The supervised release hearing is scheduled for April 30, 2026 at 1:00 P.M. on Microsoft Teams. The Court will send the link by email.


Dated: April 24, 2026
     New York, NY


                   **RICHARD M. BERMAN**
                         **U.S.D.J.**