**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                             :

                   Government,        :            21 CR. 262 (RMB)

                             :

         - against -                            :            **ORDER**

                             :

JOSE BARRIERA,                               :

                             :

                  Defendant.         :
----------------------------------------------------------------x

        The supervised release hearing is scheduled for Thursday, May 21, 2026 at

11:00 A.M.

        The court will send the link via email.


Dated: May 13, 2026
       New York, NY

                                             **RICHARD M. BERMAN**
                                                  **U.S.D.J.**