**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

             :

          Government,     :      21 CR. 262 (RMB)

             :

    - against -        :      **ORDER**

             :

JOSE BARRIERA,         :

             :

         Defendant.     :
----------------------------------------------------------------x


      The supervised release hearing is scheduled for Tuesday, June 23, 2026 at

12:00 P.M.

      The court will send the link via email.


Dated: June 17, 2026
      New York, NY

                          **RICHARD M. BERMAN**
                             **U.S.D.J.**