**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :
                                                     :
                              Government,            :          21 CR. 262 (RMB)
                                                     :
              - against -                            :          **ORDER**
                                                     :
JOSE BARRIERA,                                       :
                                                     :
                              Defendant.             :
-----------------------------------------------------------------x


     The supervised release hearing is scheduled for Thursday, July 9, 2026 at

9:00 A.M.

     The court will send the link via email.


Dated: July 1, 2026
     New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**