**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Government,<br><br>- against -<br><br>JOSE BARRIERA,<br><br>Defendant. | : | 21 CR. 262 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Wednesday, August 5, 2026 at 12:00 P.M.

The court will send the link via email.

Dated: July 29, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**