**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

Government,

- against -

JOSE BARRIERA,

Defendant.

---

21 CR. 262 (RMB)

**ORDER**

The supervised release hearing is scheduled for Wednesday, September 16, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: September 11, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**